# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

**FILED**
09/07/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATES DISTRICT COURT
Southern ~~WESTERN~~ DISTRICT OF ~~KENTUCKY~~ INdiana
Evansville Divison

Justin Matthew Walker

_____

(Full name of the Plaintiff(s) in this action)

v.

Stella Blair
Kellenie Reinke
Nurse Brandi Sal Kill
Dr. Kevin Dew
Quality Correctonial Care

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3:23-cv-143-MPB-CSW
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Justin Matthew Walker

Place of Confinement: Warrick Co. Jail

Address: PO Box 488 Boonville, IN 47601

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant STELLA Blair is employed as Jail commander at Spencer County Jail

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant Kellenie Reinke is employed as Sheriff at Spencer County Jail

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(3) Defendant BRanDI Salkill is employed as NUrSE at Spencer County Jail threw QuALITY corr. care

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(4) Defendant Kevin D Dew is employed as Medical Doctor at Spencer co. Jail threw Quality corr. care

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

2

(5) Defendant **Quality Correctonial Care** is employed as **Provider Medical** at **Spencer County Jail**.

The Defendant is being sued in his/her (___) individual and/or (✓) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1.) On 10-08-2022, Plaintiff arrived at Spencer co. Jail and was placed in An Intake single man Detox cell. I was an Pretrial Detainee A Spencer co. when this took Place

2.) After roughly my 4 day intake Detox process I met with Jail commander STELLA Blair Before Ms Blair placed me in General population I ADvised her I Had a prior conviction out of Ky for a Sexual offense.

3.) I Also Advised Ms. Blair I needed to be housed with inmates with simular charges because I might be targeted for my prior Sexual offense conviction.

4.) Ms. Blair Told me this isn't Burger King I can't have it my way this is jail and Ms. Blair placed me in General Population after I clearly advised Her I would be a possible target of Harm.

5.) After Being in General Population for 3 days I caught wind of an Inmate planning to assult me for my prior sex offense conviction also

Note (Inmate Planning The assult agianst me was Jeremiah Heller I made Ms Blair And sheriff ~~Moore~~ aware And They Both Took no action and Jeremiah Heller was the inmate That assulted me) Note

### III. STATEMENT OF CLAIM(S) continued

I was the only inmate in my cell block that was a convicted sex offender.

6.) After hearing of the planned assault I wrote STELLA Blair and Sherrif Kellenie Reinke and asked To Be moved for my saftey.

7.) They Both Blatantly disreguarded my saftey by not moving me to one of the two sex offender cells At Spencer co. Jail cell 149 or 150 which I should have been placed first.

8.) So on a Sunday 3 days after I asked to be moved for my saftey An inmate walked up and said "Fuck you Rapiest" and spat in my face and punched me in my Jaw.

9.) So in self defense I punched the inmate back and broke my 5th metacarpal Bone on my right hand. Which could have been prevented if Ms. Blair and Reinke listened.

10.) Then The next day STELLA Blair and Sherriff Kellenie Reinke finally put me in the Assigned Sex offender cell at Spencer co. Jail. STELLA Blair and Sheriff Kellenie Reinke violated my 14th Amendment Right

① (Complaint Continued Facts I Rely upon to support my grounds for relief)

By failing to protect me from ~~assult~~ assault Ms. Blair and Ms. Reinke Both new of my prior convictions and new my safety was at risk. And should of housed me accordinly also should have moved me when I Alerted them of the comming Altercation. Also Practicing an Inadequite classification policie That puts Inmates at risk.

11.) Nurse Brandi Salkill/ ~~violated my~~ Dr. Dew violated my 14th Amendment Due process for a failure to provide medical Attention to my clearly Broken hand.

12.) After the Altercation I requested to see Medical because my Hand was swollen 3 times normal size also my palm of my hand and also The top were covered with Deep contousions and were badly discolored.

13.) I seen the nurse on or about 11-01-22 and all nurse Brandi did was take a Picture of my Hand didn't provide no stablizer, protective wrap or splint or order no X-Ray She Told me

② (Complaint continued, Facts I Rely Upon to Support my grounds for Releif)

not to bump it and drink Plenty of water.

14.) So I advised nurse Brandi I couldn't Bend my fingers or make a fist I advised her that an x-ray was needed and I needed a splint or Protective wrap she stated The jail dosen't provide any thing like that but if it wasn't better in a week Put a sick call in But I told her I was in severe Pain she advised I'll ask Dr. Dew if she could give me any Pain meds, and sent me to my cell.

15.) So I laid in my cell for 4 days in so much Pain I couldn't sleep I couldn't use my hand for any thing so I requested to see nurse brandi and after 3day's I finally seen her on or about 11-08-2022 and she told me Dr. Dew said my finger was Just Jamed upon him reviewing her Report and the Pictures she took he and nurse Brandi advised me

③

(Complaint continued Facts I Rely upon to support my grounds for Relief)

to use an Ice Pack.

16.) So on or about 11-12-22 I requested to see medical asian then nurse Brandi and Dr. Dew stated they weren't going to waste their time to see me over a Jammed finger when there isn't any thing they could do. Mind you Dr. Dew never personally examined my hand only via pictures.

17.) So From 11-01-22 all the way until 11-30-22 I laid in my cell with out an X-ray or a splint or protective medical gear on my hand or any thing for pain Being Denied Proper Medical Attention.

18.) Finally my Family and Friends starting calling The Jail and complaing of me being denied medical Attention finally after 29 full day's of agony and Pain I got an X-ray and it revealed my hand was broken.

④

(Complaint continued
Facts I Rely on to
support my grounds
For Relief)

19.) After a whole month I got an x-ray and That same night only because They had To face the writing on the wall nurse Brandi and Doctor Dew sent me to urgent care Deaconess in Newburg IN To get a splint.

20.) Even The Dr. At Deaconess Gateway urgent care STATED I should have had an x-rayed and splinted asoon as of the incident because clearly to the naked Eye It's Fractured bad or Broken!!

21.) The Dr. At Deaconess Gateway also called nurse Brandi and asked why I Just now got an x-ray and splint it should of Been done weeks ago.

22.) Also the Dr. At Deaconess Gateway Noted I need to see ortho the next day and asign Even Asianst the Dr. At Deaconess Gateway's orders Dr. Dew and nurse Brandi delayed me to see the ortho Bone Dr. Asianst the Advise of urgent care Dr. Dew and nurse Brandi sent me to Ortho 3 weeks later even tho the urgent care Dr. Advised I should see orth the following day.

23.) By the time I seen ortho the healing process started and my knuckle and my 5th metacarple starting healing

(5)

(Complaint Continued
Facts I rely on to support
my grounds for relief)

wrong and out of place the ortho Dr. Stated if it were addressed sooner it would have healed correctly but to fix it my knuckle and hand would have to be rebroke and stablized to heal correctly.

1) Quality correctonal care violated my 14 Amendment Right to Adequit medical care. And By failure To supevise and Train Suboardnate

2) Dr. Kevin Dew is the medical Director at Spencer co Jail And is Employed threw Quality correctonial care and Is in a posistion to make Policy making Authority and decisions

3) Also Nurse Brandi is Employed at Spencer co. Jail Threw Quality correctonial care as well Dr. Kevin Dew and nurse Brandi are Responsible for my Right to Adequit medical care being violated Because a broken Bone is a serious medical need and Dr. Dew And nurse Brandi recklessly Disregaurded my medical Issiues by Denying me an X-Ray and Delaying the Proper medical Attention.

4) Q.C.C. Is Liable for failure to properly train and Supervise Dr. Dew and Nurse Brandi Also For Hiring Dr. Dew

⑥

(Complaint Continued)
(Facts I rely on to support my grounds for Relief)

Knowing he was fired from Dr. position at Branchville Corr. complex for Negligence in the past.

IN closing:
All Defendants Are responsible for unwanton Infliction of Pain, Pain and suffring, And causing Extreme Emotional Distress and long term physcal limitations on my hand where it healed wrong I can't make a fist or use my Hand 100% Also my knuckle healed wrong hindged to the next knuckle causing a pinched nerve now my right hand violently shakes no stop.

Respestfully

Just[signature]

IV.   **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ Compesatory /$70,000

___ grant injunctive relief by _____

✓ award punitive damages in the amount of $ 250,000

✓ other: Any other Releif the court Deems Just and cost and Fees

V.   **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 31st day of August, 2023.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 08-31-23.

_____
(Signature)

6