UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JUSTIN MATTHEW WALKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:23-cv-00143-MPB-CSW |
| | ) |
| BRANDI SALKILL, et al., | ) |
| | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

The court now enters FINAL JUDGMENT.

The action is **dismissed with prejudice.**

Date: December 30, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Distribution:

JUSTIN MATTHEW WALKER
206404
DAVIESS COUNTY DETENTION CENTER
DAVIESS COUNTY DETENTION CENTER
3337 Hwy. 144 East
Owensboro, KY 42303

All Electronically Registered Counsel